# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10337 J  
**Case Name:** BROPHY, THOMAS JOSEPH, JR.  
BROPHY, VIRGINIA RUTH  
**Period Ending:** 06/04/18  

**Trustee:** (510150)   Clarke C. Coll  
**Filed (f) or Converted (c):** 02/16/17 (f)  
**§341(a) Meeting Date:** 03/28/17  
**Claims Bar Date:** 07/03/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 4391 Organ Mesa Loop, Las Cruces, NM 88011-0000,<br>Imported from original petition Doc# 1 | 512,000.00 | 0.00 | | 0.00 | FA |
| 2 | 107 Red Mountain Ct., Patagonia, AZ 85624-0000,<br>Imported from original petition Doc# 1 (See Footnote) | 90,000.00 | 90,000.00 | | 0.00 | 55,000.00 |
| 3 | Cash<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | checking: Citizen's Bank of Las Cruces<br>Imported from original petition Doc# 1 | 140.00 | 0.00 | | 0.00 | FA |
| 5 | checking: Compass Bank (BBVA)<br>Imported from original petition Doc# 1 | 5,100.00 | 0.00 | | 0.00 | FA |
| 6 | checking: Bank of Ireland ***eur 914.77<br>Imported from original petition Doc# 1 | 973.16 | 0.00 | | 0.00 | FA |
| 7 | Public Utilities: Mesilla Valley Trash<br>Imported from original petition Doc# 1 | 272.00 | 0.00 | | 0.00 | FA |
| 8 | Household furniture: livingroom & bedroom furnit<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | Electroncis: 2 TVs, DVD player, computer, iPad L<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing Location: 4391 Organ Mesa Loop, Las Cru<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry: 5 gold chains, 4 gold braclets, platinu<br>Imported from original petition Doc# 1 | 15,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10337 J  
**Case Name:** BROPHY, THOMAS JOSEPH, JR.  
BROPHY, VIRGINIA RUTH  
**Period Ending:** 06/04/18

**Trustee:** (510150) Clarke C. Coll  
**Filed (f) or Converted (c):** 02/16/17 (f)  
**§341(a) Meeting Date:** 03/28/17  
**Claims Bar Date:** 07/03/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12 | IRA: Vanguard<br>Imported from original petition Doc# 1 | 663,272.44 | 0.00 | | 0.00 | FA |
| 13 | IRA: Vanguard RMD<br>Imported from original petition Doc# 1 | 18,737.18 | 0.00 | | 0.00 | FA |
| 14 | IRA: Vanguard Revocable Trust<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Anticipated tax refund 2016: Federal & State<br>Imported from original petition Doc# 1 | 4,800.00 | 0.00 | | 0.00 | FA |
| 16 | American Express credit card credits Hyatt Visa<br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 17 | 2016 Chrysler 300, 12000 miles. Entire property<br>Imported from original petition Doc# 1 | 18,745.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$1,337,189.78** | **$90,000.00** | | **$0.00** | **$55,000.00** |

RE PROP# 2   Trustee began listing property for sale at $85,000 and is reducing price by $5k per quarter until property gets traction to sell. Trustee will obtain listing info on property from Debtors and pursue sale of asset

**Major Activities Affecting Case Closing:**

April 2018-Lowered Listing price to $55,000.  
February 2018- Trustee renewed listing on AZ property and continues to market to sell property  
August 2017-Trustee authorizes listing reduction by $5k every two months until gain market interest in property.  
June 2017-Trustee pursued employment of Realtor to list and sell Arizona property  
Debtors own non-exempt real property located in Arizona and Trustee will pursue investigation as to value and listing with realtor etc.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10337 J  
**Case Name:** BROPHY, THOMAS JOSEPH, JR.  
BROPHY, VIRGINIA RUTH  
**Period Ending:** 06/04/18

**Trustee:** (510150) Clarke C. Coll  
**Filed (f) or Converted (c):** 02/16/17 (f)  
**§341(a) Meeting Date:** 03/28/17  
**Claims Bar Date:** 07/03/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2018   **Current Projected Date Of Final Report (TFR):** December 31, 2018