# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-10337 J  
**Case Name:** BROPHY, THOMAS JOSEPH, JR.  
BROPHY, VIRGINIA RUTH  
**Period Ending:** 03/31/19

**Trustee:** (510150) Clarke C. Coll  
**Filed (f) or Converted (c):** 02/16/17 (f)  
**§341(a) Meeting Date:** 03/28/17  
**Claims Bar Date:** 07/03/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 4391 Organ Mesa Loop, Las Cruces, NM 88011-0000, Imported from original petition Doc# 1 | 512,000.00 | 0.00 | | 0.00 | FA |
| 2 | 107 Red Mountain Ct., Patagonia, AZ 85624-0000, Imported from original petition Doc# 1 (See Footnote) | 90,000.00 | 90,000.00 | | 0.00 | 30,000.00 |
| 3 | Cash Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | checking: Citizen's Bank of Las Cruces Imported from original petition Doc# 1 | 140.00 | 0.00 | | 0.00 | FA |
| 5 | checking: Compass Bank (BBVA) Imported from original petition Doc# 1 | 5,100.00 | 0.00 | | 0.00 | FA |
| 6 | checking: Bank of Ireland ***eur 914.77 Imported from original petition Doc# 1 | 973.16 | 0.00 | | 0.00 | FA |
| 7 | Public Utilities: Mesilla Valley Trash Imported from original petition Doc# 1 | 272.00 | 0.00 | | 0.00 | FA |
| 8 | Household furniture: livingroom & bedroom furnit Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | Electroncis: 2 TVs, DVD player, computer, iPad L Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing Location: 4391 Organ Mesa Loop, Las Cru Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry: 5 gold chains, 4 gold braclets, platinu Imported from original petition Doc# 1 | 15,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10337 J  
**Case Name:** BROPHY, THOMAS JOSEPH, JR.  
BROPHY, VIRGINIA RUTH  
**Period Ending:** 03/31/19

**Trustee:** (510150) Clarke C. Coll  
**Filed (f) or Converted (c):** 02/16/17 (f)  
**§341(a) Meeting Date:** 03/28/17  
**Claims Bar Date:** 07/03/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | IRA: Vanguard<br>Imported from original petition Doc# 1 | 663,272.44 | 0.00 | | 0.00 | FA |
| 13 | IRA: Vanguard RMD<br>Imported from original petition Doc# 1 | 18,737.18 | 0.00 | | 0.00 | FA |
| 14 | IRA: Vanguard Revocable Trust<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Anticipated tax refund 2016: Federal & State<br>Imported from original petition Doc# 1 | 4,800.00 | 0.00 | | 0.00 | FA |
| 16 | American Express credit card credits Hyatt Visa<br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 17 | 2016 Chrysler 300, 12000 miles. Entire property<br>Imported from original petition Doc# 1 | 18,745.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$1,337,189.78** | **$90,000.00** | | **$0.00** | **$30,000.00** |

RE PROP# 2    Listing Expired in February 2019 and Trustee is pursuing sale of this asset via auction and anticipates an auction in May or June 2019.
Trustee began listing property for sale at $85,000 and is reducing price by $5k per quarter until property gets traction to sell.  Trustee will obtain listing info on property from Debtors and pursue sale of asset

**Major Activities Affecting Case Closing:**

February 2019- Listing expired and Trustee pursing auction of property
July 2018-Reduced listing price on property to $50,000.
April 2018-Lowered Listing price to $55,000.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10337 J  
**Case Name:** BROPHY, THOMAS JOSEPH, JR.  
BROPHY, VIRGINIA RUTH  
**Period Ending:** 03/31/19

**Trustee:** (510150) Clarke C. Coll  
**Filed (f) or Converted (c):** 02/16/17 (f)  
**§341(a) Meeting Date:** 03/28/17  
**Claims Bar Date:** 07/03/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

February 2018- Trustee renewed listing on AZ property and continues to market to sell property

August 2017-Trustee authorizes listing reduction by $5k every two months until gain market interest in property.

June 2017-Trustee pursued employment of Realtor to list and sell Arizona property

Debtors own non-exempt real property located in Arizona and Trustee will pursue investigation as to value and listing with realtor etc.

**Initial Projected Date Of Final Report (TFR):** December 31, 2018      **Current Projected Date Of Final Report (TFR):** December 1, 2019

Case 17-10337-j7    Doc 26    Filed 04/29/19    Entered 04/29/19 14:42:06 Page 3 of 3

Printed: 04/29/2019 02:18 PM        V.14.50